UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Ermelinda Antonio

      v.                                        Case No. 26-cv-487-PB-AJ

Christopher Brackett, Superintendent
Strafford County Department of
Corrections, et al.


ORDER

     After the government notified the Court that Ermelinda Antonio received the bond hearing she sought on July 2, 2026, see Doc. 8, I ordered Antonio to show cause within seven days why her petition should not be dismissed. Doc. 9. Antonio has not responded to that order to date, so her petition shall be dismissed.

     The clerk shall enter judgment accordingly and close the case.

     SO ORDERED.

                                 /s/ Paul Barbadoro
                                 Paul Barbadoro
                                 United States District Judge

July 14, 2026

cc:    Counsel of Record